IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ALBERT NEWMAN,

    Petitioner,

v.                                                      CASE NO.  4:08cv127-RH/WCS

STATE ATTORNEY WILLIAM MEGGS,
et al.,

    Respondents.

_____/


## ORDER DISMISSING PETITION

The petitioner Albert Newman is in state custody awaiting trial on state charges.  By petition for writ of habeas corpus under 28 U.S.C. § 2241, he seeks to contest the state charges on the merits and challenges his conditions of confinement.  The magistrate judge has entered a report and recommendation concluding that the case should be dismissed both as procedurally unfounded and on the ground that the petition is in effect a duplicate of an earlier-filed petition pending before another judge of this court.  The petitioner has filed no objections.

The report and recommendation is correct.  Absent circumstances not alleged here, a person held in state custody may challenge his conditions of

confinement under 42 U.S.C. § 1983 but not under 28 U.S.C. § 2241. Absent circumstances not alleged here, a petitioner may not challenge the fact of his detention while state charges are pending and available state remedies have not been exhausted. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 24, 2008.

s/Robert L. Hinkle<br>
Chief United States District Judge